# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RAJIV YAKHMI, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:16-cv-00986 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| INTERNAL REVENUE SERVICE, et. al | : | Magistrate Judge Kemp |
| | : | |
| Defendants. | : | |

## ORDER

The complaint in this action was filed on October 14, 2016, but there is no record that service has been made on the defendants. On February 10, 2017, Magistrate Judge Kemp ordered Plaintiff to show cause within fourteen days why this action should not be dismissed under Federal Rule of Civil Procedure 4(m) and why an extension of time to effect service should be allowed. Plaintiff failed to respond to the order. Therefore, under Federal Rule of Civil Procedure 4(m), this action is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

                                             s/ Algenon L. Marbley
                                             ALGENON L. MARBLEY
                                             UNITED STATES DISTRICT JUDGE

DATED: March 1, 2017